# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA VALERIA HARRISON,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, INC., BANK OF AMERICA SHORT-TERM DISABILITY PLAN, and BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE,<br><br>Defendants. | Case No.: 2:18-cv-00903-RSM<br><br>**ORDER GRANTING MOTION TO EXTEND INITIAL SCHEDULING DATES** |

This matter comes before the Court on Plaintiff's Motion to Extend Initial Scheduling Dates. Because Defendants have not yet been served with original process and because Plaintiff's counsel with primary responsibility for this matter is unavailable from July 28, 2018 through August 12, 2018, the Court finds a 28-day extension of the deadlines set forth in the Court's Initial Scheduling Order (Dkt. No. 4) is warranted. Good cause appearing therefore, the Court hereby ORDERS that

Order Granting
Motion to Extend Initial Scheduling Dates - 1
Case No. 2:18-cv-00903-RSM



IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com

Plaintiff's Motion to Extend Initial Scheduling Dates is GRANTED. The deadlines set forth in the Court's Initial Scheduling Order are reset as follows:

|  | **Existing Deadline** (Dkt. No. 4) | **Requested Deadline** |
|---|---|---|
| **FRCP 26(f) Conference** | 8/3/2018 | 8/31/2018 |
| **Initial Disclosures Pursuant to RFCP 26(a)(1)** | 8/10/2018 | 9/7/2018 |
| **Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)** | 8/17/2018 | 9/14/2018 |

SO ORDERED this 11 day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/McKean J. Evans*
McKean J. Evans, WSBA #52750
**PIVOTAL LAW GROUP, PLLC**
IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
Phone: (206) 340-2008
Fax: (206) 340-1962
Email: MEvans@PivotalLawGroup.com

Order Granting
Motion to Extend Initial Scheduling Dates - 2
Case No. 2:18-cv-00903-RSM



IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com

1. Counsel for Plaintiff

Order Granting
Motion to Extend Initial Scheduling Dates - 3
Case No. 2:18-cv-00903-RSM



IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com