UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA VALERIA HARRISON,

        Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, INC.; BANK OF AMERICA SHORT-TERM DISABILITY PLAN; and BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE,

        Defendants.

Case No. C18-903 RSM

**STIPULATION AND ORDER OF DISMISSAL**

STIPULATION AND ORDER OF DISMISSAL: 2:18-CV-00903-RSM - 1

105460.0092/7594095.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

The parties in the above-captioned action hereby notify the Court that this matter has been settled. Pursuant to Federal Rule 41(a)(1)(A)(ii), the parties stipulate and respectfully ask the Court to dismiss this action, including all claims, counterclaims, and motions or orders for attorney's fees, with prejudice and without an award of fees or costs to any party.

DATED: April 11, 2019

LANE POWELL PC

By /s/ D. Michael Reilly
D. Michael Reilly, WSBA No. 14674
Per D. Jansen, WSBA No. 49966
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: reillym@lanepowell.com
*Attorneys for Defendants Metropolitan Life Insurance Company, Inc., Bank of America Short Term Disability Plan, and Bank of America Corporation Corporate Benefits Committee*

PIVOTAL LAW GROUP, PLLC

By /s/ McKean J. Evans
Christopher L. Thayer, WSBA No. 23609
McKean J. Evans, WSBA No. 52750
IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
Telephone: 206-340-2008
Facsimile: 206-340-1962
Email: cthayer@pivotallawgroup.com
mevans@pivotallawgroup.com
*Attorneys for Plaintiff Maria Valeria Harrison*

STIPULATION AND ORDER OF DISMISSAL: 2:18-CV-00903-RSM - 2

105460.0092/7594095.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' stipulated motion for dismissal of all claims. Pursuant to Federal Rule 41(a)(1)(A)(ii), the Court hereby GRANTS the stipulated motion for dismissal of all claims and ORDERS that all claims in this lawsuit are DISMISSED with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED this 25th day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

LANE POWELL PC

By *s/D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
Per D. Jansen, WSBA No. 49966
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: reillym@lanepowell.com
*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL: 2:18-CV-00903-RSM - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

105460.0092/7594095.1